IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3216 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID LEIGH MONTOYA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 43) has been rescheduled before the undersigned United States district judge at 1:15 p.m., on December 6, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(2)   At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

(3)   The Marshal is directed not to return the defendant to the district; and

(4)   The defendant is held to have waived his right to be present.

November 21, 2005.                           BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge