AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
David Leigh Montoya

Case No.: 4:02CR3216
USM No: 18116-047

Date of Original Judgment: 11/10/2003
Date of Previous Amended Judgment: 12/08/2005
*(Use Date of Last Amended Judgment if Any)*

Jessica L. Milburn
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 192 months **is reduced to** 155 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated 12/08/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/01/2015

s/ Richard G. Kopf
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Richard G. Kopf, Senior United States District Judge
*Printed name and title*

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: David Leigh Montoya
CASE NUMBER: 4:02CR3216
DISTRICT: District of Nebraska

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 35          Amended Total Offense Level: 33
Criminal History Category: VI              Criminal History Category: VI
Previous Guideline Range: 292 to 365 months   Amended Guideline Range: 235 to 293 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

Filing nos. 56 and 57 are granted as provided herein.