IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:02CR3216** |
| vs. | | |
| | | **ORDER** |
| DAVID LEIGH MONTOYA, | | |
| Defendant. | | |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:30 p.m. on February 7, 2017.

2) Defendant's terms and conditions of supervised release are modified as follows:

> As to Standard Condition # 1, the defendant is permitted to leave the District of Nebraska to Colorado to attend court proceedings or to meet with counsel in furtherance of those proceedings, but he shall provide advance notice to his probation officer of any such travel and when he will be returning to Nebraska. And in all other respects, the defendant shall not leave the District of Nebraska without the permission of the court or probation officer.

3) Defendant shall fully comply with all other terms and conditions of his supervised release as set forth in his sentencing order, (Filing No. 40).

November 7, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge